COOLEY LLP
BRENDAN J. HUGHES (*pro hac vice to be filed*)
(bhughes@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
CHARLOTTE'S WEB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Charlotte's Web, Inc., a Delaware corporation,

Plaintiff,

v.

AAXLL Supply Co LLC d/b/a Balance CBD, a Delaware Limited Liability Company,

Defendant.

Case No.

**COMPLAINT FOR (1) TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125(A)(1)(A); (2) FALSE ADVERTISING UNDER 15 U.S.C. § 1125(A)(1)(B); (3) TRADEMARK INFRINGEMENT UNDER CAL. BUS. & PROF CODE § 14245; AND (4) VIOLATION OF CAL. BUS. & PROF CODE §§ 17200 *ET SEQ.***

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff Charlotte's Web, Inc. ("Charlotte's Web"), a leading producer of high quality CBD wellness products, files this Complaint against Defendant AAXLL Supply Co LLC d/b/a Balance CBD ("Balance CBD") and alleges as follows:

**1.** Plaintiff Charlotte's Web is a corporation organized under the laws of the State of Delaware with its principal place of business at 2425 55th Street, Suite 200, Boulder, Colorado 80301.

**2.** Defendant AAXLL Supply Co LLC d/b/a Balance CBD is a limited liability company organized under the laws of the State of Delaware. On information and belief, Balance CBD's principal place of business is located at 58 West Portal Ave #510 San Francisco, CA 94127-1304.

## JURISDICTION AND VENUE

**3.** The Court has original jurisdiction under 28 U.S.C. § 1331, as this is a civil action arising under 15 U.S.C. § 1125(a). The Court has supplemental jurisdiction over all other claims pursuant to 28 U.S.C. § 1367 insofar as all claims alleged herein form part of the same case or controversy under Article III of the United States Constitution.

**4.** Plaintiff is informed and believes, and on that basis alleges, that this Court has personal jurisdiction over Balance CBD because (i) Balance CBD has its principal place of business in the State of California and this judicial district; (ii) Balance CBD conducts business within the State of California and this judicial district; (iii) Balance CBD has caused its CBD products to be advertised, promoted, and sold under the CHARLOTTE'S WEB trademark in the State of California and this judicial district; (iv) the causes of action asserted in this Complaint arise out of Balance CBD's contacts with the State of California and this judicial district; and (v) Balance CBD has caused tortious injury to Plaintiff in the State of California and this judicial district.

**5.** Venue is proper in this district because Balance CBD resides and regularly conducts business in this district, because a substantial portion of the unlawful activities alleged herein occurred in this district, because Charlotte's Web was harmed in this district as a result of the unlawful conduct described herein.

## INTRADISTRICT ASSIGNMENT

**6.** Pursuant to Civil L.R. 3-2(c) and 3-5, this case involves Intellectual Property Rights and is therefore to be assigned on a district-wide basis.

## FACTUAL BACKGROUND

### CHARLOTTE'S WEB AND THE CHARLOTTE'S WEB BRAND

**7.** In 2008, Jared, Joel, Jon, Jordan, Austin, Josh and Jesse Stanley—the seven Stanley brothers—began researching the medicinal properties of various cannabis stains as a part of their commercial cannabis growing business in Colorado.

**8.** Cannabidiol (CBD) is a phytocannabinoid found in cannabis plants. Unlike tetrahydrocannabinol (THC), the compound primarily responsible for marijuana's psychoactive properties, CBD does not have psychotropic affects. However, CBD has been demonstrated to possess therapeutic applications, including for treatment of epilepsy.

**9.** In 2010, the Stanley brothers' research led them to breed plants with high-CBD and low-THC content. While other growers in the cannabis industry were searching for strains that had high concentrations of THC, the brothers sought out high CBD strains. They sought to achieve the therapeutic benefits of CBD, without the psychoactive affects associated with marijuana. This resulted in the development of a high-CBD hemp strain, which they referred to as "Hippie's Disappointment" due to its lack of psychoactive characteristics.

**10.** In 2012, the Stanley brothers were approached by the parents of Charlotte Figi, a five-year old girl suffering from severe epilepsy caused by Dravet Syndrome, to see if the brothers could produce a high-CBD, low-THC extract to help reduce Charlotte's epileptic episodes.

**11.** Remarkably, treatment of Charlotte with daily doses of CBD oil significantly reduced the frequency of Charlotte's seizures, and dramatically improved her quality of life. In Charlotte's honor, the brothers named the extracts derived from their high-CBD cannabis strains CHARLOTTE'S WEB.

**12.** Charlotte's story was picked up by national news and was featured in a CNN special hosted by Dr. Sanjay Gupta in August 2013. The publicity that followed generated enormous demand for CBD-rich products, in particular for the Stanley brothers' CHARLOTTE'S WEB brand oil. In the month following the CNN special approximately fifteen thousand families reached out to the Stanley brothers about their CHARLOTTE'S WEB oil.

**13.** Although some reports have referred to "Charlotte's Web" as a strain of high-CBD hemp, there is no "Charlotte's Web" strain. CHARLOTTE'S WEB is a brand name that has been applied to high CBD products derived from a variety of proprietary strains with generic names such as 'CW1A,' 'CW2A,' 'AC3,' and 'AC9.'

**14.** Not long thereafter, in December 2013, the brothers founded the company now known as Charlotte's Web, Inc.

**15.** The brothers also established Realm of Caring, a foundation committed to research, education, and advocacy for marijuana-derived medicines.

**16.** In the ensuing years, Charlotte's Web has expanded its operations beyond the borders of Colorado to cultivation sites in Kentucky and Oregon, and sells high quality CBD products throughout the United States, including in California and this District, under the CHARLOTTE'S WEB brand.

**17.** As Charlotte's Web has grown, the company has been the subject of countless unsolicited articles in major media publications such as the New York Times, the Wall Street Journal, Forbes, and CNN, among others, and the CHARLOTTE'S WEB brand has become well known throughout the United States.

**18.** Charlotte's Web has been the recipient of national accolades and awards, including the 2018 Natural Products Expo East NEXTY Consumer Choice Award, which recognizes innovative natural products that inspire and uphold industry integrity. At the Global Pet Expo in 2020, the CHARLOTTE'S WEB brand full spectrum hemp extract drops for dogs won second place in the New Products Showcase.

**19.** Today CHARLOTTE'S WEB is the world's leading brand by market share in the production and distribution of hemp-based CBD wellness products, and CHARLOTTE'S WEB brand products are available for sale in approximately 10,000 locations nationwide.

**20.** Charlotte's Web has accrued strong common law rights in the CHARLOTTE'S WEB trademark as a result of long, continuous, exclusive use of the mark by Charlotte's Web and its predecessors-in-interest for CBD products since at least as early as 2013, extensive advertising

and sales of CHARLOTTE'S WEB branded products, and significant media attention from prominent publications.

**21.** In addition to common law rights, the CHARLOTTE'S WEB trademark is the subject of numerous approved and pending trademark filings owned by Charlotte's Web, including:

- California Reg. No. 306340, issued March 7, 2019 for "Cosmetics; cosmetic preparations for skin care; beauty balm creams; skin care preparations, namely, body balm; non-medicated balms for use on skin and lips; cosmetics, cosmetic preparations for skin care, beauty balm creams, body balms, non-medicated balms for use on skin and lips, all the foregoing sometimes including hemp extracts; Cosmetics, cosmetic preparations for skin care, beauty balm creams, body balms, non-medicated balms for use on skin and lips, all the foregoing including CBD" in Class 3. **Exhibit A**.
- California Reg. No. 306073, issued February 15, 2019 for "Dietary supplements; dietary supplements including hemp extracts; dietary supplements sometimes including cbd; plant extracts, namely, hemp oil sold as a critical component or ingredient of dietary supplements" in Class 5. **Exhibit B.**
- Colorado Reg. No. 20191209909, issued March 7, 2019 for "Cosmetics; skin care preparations; cosmetics and skin care preparations sometimes containing hemp extracts; cosmetics and skin care preparations sometimes containing cbd" in Class 3. **Exhibit C.**
- Colorado Reg. No. 20191135407, issued February 15, 2019 for "Dietary supplements; dietary supplements including hemp extracts; dietary supplements sometimes including cbd; plant extracts, namely, hemp oil sold as a critical component or ingredient of dietary supplements" in Class 5. **Exhibit D.**
- U.S. Application Serial No. 88329062, filed on March 7, 2019 in connection with "Cosmetics; Cosmetic preparations for skin care; Beauty balm creams; Skin care preparations, namely, body balm; Non-medicated balms for use on skin and lips; Cosmetics, cosmetic preparations for skin care, beauty balm creams, body balms,

non-medicated balms for use on skin and lips, all the foregoing containing hemp extracts derived from Cannabis sativa L. with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis" in Class 3 and "Dietary and nutritional supplements; dietary and nutritional supplements containing hemp extracts derived from Cannabis sativa L. with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis" in Class 5.

**BALANCE CBD AND ITS MISCONDUCT**

**22.** Balance CBD, like Charlotte's Web, is a distributor of CBD wellness products. The company sells its CBD products at least through its website located at www.balancecbd.com.

**23.** On information and belief, Balance CBD launched in early 2019, and sells its CBD products throughout the United States, including in California and this District.On information and belief, when Balance CBD first began advertising CBD products on its website, its CBD products bore generic names like "CBD HERBAL SPRAY," "PURE CBD TINCTURE," and "RAW CBD OIL."

**24.** On information and belief, sometime between March 2019 and August 2019, Balance CBD updated the labels and names for its CBD products. Among the new names Balance






CBD adopted for its CBD oil tinctures and vaping cartridges, which included SLEEPYTIME, AWAKEN, and UPLIFT, was "CHARLOTTE'S WEB":

**25.** Balance CBD's prominent use of the CHARLOTTE'S WEB trademark mirrors Charlotte's Web's use of the CHARLOTTE'S WEB mark, which also appears in an all-caps plain font on tinctures for authentic CHARLOTTE'S WEB CBD oil:




**26.** On or around September 2019, Charlotte's Web became aware of Balance CBD's use of the CHARLOTTE'S WEB trademark in connection with competitive CBD oil products and vape cartridges.

**27.** On October 18, 2019, Charlotte's Web, through counsel, sent Balance CBD a letter demanding that Balance CBD: (i) provide a detailed explanation of the origin of its extracts offered under the CHARLOTTE'S WEB trademark; (ii) discontinue the sale of any products under the CHARLOTTE'S WEB trademark; and (iii) remove any references to the CHARLOTTE'S WEB trademark on Balance CBD's websites and marketing materials.

**28.** Balance CBD initially did not respond to Charlotte's Web's correspondence for several weeks, and then repeatedly promised to provide a substantive response to Charlotte's Web's demands but failed to do so.

**29.** In the meantime, on information and belief, on or around January 2020, Balance CBD modified the packaging on its "CHARLOTTE'S WEB" CBD extract, replacing the CHARLOTTE'S WEB trademark with the mark CHARLOTTE'S CBD OIL:




**30.** On January 13, 2020, Charlotte's Web, through counsel, again followed up with Balance CBD to advise that the new "CHARLOTTE'S CBD OIL" trademark was confusingly similar to the CHARLOTTE'S WEB trademark, and must be discontinued. The risk of consumer confusion was further compounded by Balance CBD's ongoing, prominent use of the CHARLOTTE'S WEB trademark in connection with a graphic ostensibly describing the "terpene profile" of CHARLOTTE'S WEB CBD.



**31.** Terpenes are organic compounds found in plants. Terpenes have varying properties affecting aroma, flavor, and effects of cannabis products, including CBD. A terpene "profile" describes the relative amount of each terpene compound that is found in a given plant or, as here, CBD product.

**32.** However, the terpene profile depicted on the Balance CBD website is not representative of the terpene profile of CHARLOTTE'S WEB brand products, which have been derived from a variety of different strains over the years. There is no "Charlotte's Web terpene profile."

**33.** On information and belief, the terpene profile of Balance CBD's "CHARLOTTE'S WEB" CBD products is not the same as any authentic CHARLOTTE'S WEB CBD products. For example, and as depicted below, the terpene profile attributed by Balance CBD to CHARLOTTE'S WEB CBD is considerably different from the CW1A hemp strain currently used in production of many CHARLOTTE'S WEB brand CBD products.




**34.** Charlotte's Web demanded substantiation from Balance CBD for its claim that its products share a terpene profile with authentic CHARLOTTE'S WEB CBD. To date, Balance CBD has declined to provide substantiation.

**35.** For all of the foregoing reasons, Balance CBD's representations regarding the terpene profile of its CBD oil is false and misleading.

**36.** On information and belief, Balance CBD knew or should have known through the exercise of reasonable care that its representations regarding the terpene profile of its CBD products are false and would mislead consumers into believing that Balance CBD's "CHARLOTTE'S WEB" CBD products share the same as terpene profile of authentic CHARLOTTE'S WEB brand products.

**37.** Rather than discontinue its infringing uses of the CHARLOTTE'S WEB trademark, Balance CBD doubled down. Following Charlotte's Web's January 13, 2020 correspondence, Balance CBD revised the label of its products once again, this time to further emphasize the CHARLOTTE'S WEB trademark in its entirety:






**38.** Although the label for Balance CBD's "CHARLOTTE'S WEB" products now includes the words "TERPENE INFUSED CBD OIL," the addition of this descriptive phrase does not materially affect the commercial impression of the CHARLOTTE'S WEB mark. Consumers are likely to believe that Balance CBD's product originates from Charlotte's Web or includes authentic CHARLOTTE'S WEB CBD.

**39.** Consumers are also likely to mistakenly believe that Balance CBD's product shares a terpene profile with authentic CHARLOTTE'S WEB products, which it does not.

**40.** On information and belief, Balance CBD has also begun aggressively using the CHARLOTTE'S WEB trademark as a paid search term to ensure that search results for "charlotte's web cbd" return links to Balance CBD's "CHARLOTTE'S WEB" products. When consumers search for "Charlotte's Web CBD" on Google, Balance CBD's CHARLOTTE'S WEB product is listed among the top results.




**41.** There is no issue as to priority of use. Charlotte's Web began using its CHARLOTTE'S WEB mark, and enjoys priority as a result of its common law trademark rights and the filing dates of its trademark filings, which are well prior to Balance CBD's first use of the CHARLOTTE'S WEB mark.

**42.** Charlotte's Web has not authorized Balance CBD to use its CHARLOTTE'S WEB trademark.

**43.** Charlotte's Web is not affiliated or connected with Balance CBD, or with the products that Balance CBD provides under the CHARLOTTE'S WEB mark.

**44.** On information and belief, Balance CBD adopted the identical mark CHARLOTTE'S WEB mark with knowledge of, and the intent to call to mind, create a likelihood of confusion with regard to, and/or trade off the recognition of Charlotte's Web and the CHARLOTTE'S WEB trademark. On information and belief, Balance CBD's willful trademark

infringement has caused and will continue to cause consumer confusion in the marketplace, leading consumers to purchase Balance CBD's "CHARLOTTE'S WEB" CBD products under the mistaken belief that they originate from, or are approved by, sponsored by, endorsed by, or are otherwise associated with Charlotte's Web. On information and belief, said confusion has resulted in diversion of sales from Charlotte's Web to Balance CBD.

**45.** Balance CBD's false and misleading representations regarding the terpene profile of its CBD products, which remain on Balance CBD's website to this day, are material and likely to affect consumers' purchasing decisions because they concern the quality or characteristics of Balance CBD's competitive CBD products and, on information and belief, were made for the purpose of convincing prospective consumers to purchase Balance CBD's products.

**46.** Balance CBD's statements challenged herein constitute "false or misleading description[s] of fact, or false or misleading representation[s] of fact, which . . . in commercial advertising or promotion, misrepresent[] the nature, characteristics, [and] . . . qualities" of Balance CBD's goods, and therefore constitute false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

**47.** Balance CBD's false and misleading advertising has caused, and is continuing to cause, Charlotte's Web significant injury and irreparable harm in the form of lost customers, damaged goodwill, and consumer deception.

**48.** Balance CBD's ongoing campaign of trademark infringement and false advertising have necessitated this suit for damages and injunctive relief, among other remedies.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement Under Lanham Act, 15 U.S.C. § 1125(a)(1)(A))

**49.** Charlotte's Web realleges and incorporates herein by reference every allegation contained in Paragraphs 1 through 48, inclusive, of this Complaint as though set forth fully herein.

**50.** The CHARLOTTE'S WEB trademark used by Balance CBD is identical to Charlotte's Web's well-known CHARLOTTE'S WEB mark.

**51.** Both Charlotte's Web and Balance CBD sell CBD wellness products, and are direct competitors.

**52.** Both Charlotte's Web and Balance CBD offer their products through the same channel of trade, *i.e.*, the Internet.

**53.** The instantaneous nature of Internet navigation, the speed at which people navigate and are presented with advertisements, images and/or data on the Internet, and the speed at which consumers perform transactions on the Internet, all tend to increase the risk of confusion or mistake about the source of a product or service. This risk is compounded by Balance CBD's aggressive use of the CHARLOTTE'S WEB trademark as a paid search keyword.

**54.** On information and belief, Balance CBD adopted the CHARLOTTE'S WEB trademark with knowledge of, and the intent to call to mind, create a likelihood of confusion with regard to, and/or trade off the recognition of Charlotte's Web and the CHARLOTTE'S WEB trademark.

**55.** Balance CBD continues to use the CHARLOTTE'S WEB mark despite Charlotte's Web's express objection thereto.

**56.** Balance CBD's use of the CHARLOTTE'S WEB mark has injured and will continue to injure Charlotte's Web by causing the public to be confused or mistaken into believing that the goods provided by Balance CBD are genuine CHARLOTTE'S WEB products. On information and belief, consumers have purchased and are likely to purchase Balance CBD's "CHARLOTTE'S WEB" CBD products under the mistaken belief that they originate from or are otherwise associated with Charlotte's Web, resulting in lost sales.

**57.** Moreover, Charlotte's Web has no control over the nature and quality of the goods offered by Balance CBD under the CHARLOTTE'S WEB name and mark, and Charlotte's Web's reputation and goodwill will be damaged and the value of the CHARLOTTE'S WEB mark jeopardized by Balance CBD's continued use of the CHARLOTTE'S WEB mark. Because of the likelihood of confusion between the parties' marks, defects, objections, or faults found with Balance CBD's products marketed under the CHARLOTTE'S WEB name and mark could negatively reflect upon and injure the reputation that Charlotte's Web has established for the high quality CBD products it offers in connection with the CHARLOTTE'S WEB trademark. As such, Balance CBD is liable to Charlotte's Web for infringement under 15 U.S.C. §1125(a)(1)(A).

**58.** As demonstrated by Balance CBD's refusal to cease use of the CHARLOTTE'S WEB trademark, Balance CBD's acts as alleged above, if not enjoined, will continue. Charlotte's Web has no adequate remedy at law.

**59.** As a result of Balance CBD's infringement of the CHARLOTTE'S WEB trademark, Charlotte's Web has incurred damages in an amount to be proven at trial consisting of, among other things, lost sales and diminution in the value of and goodwill associated with the mark.

**60.** Balance CBD's infringement of the CHARLOTTE'S WEB trademark is deliberate, willful, fraudulent and without any extenuating circumstances, and constitutes a knowing use of the CHARLOTTE'S WEB trademark. Charlotte's Web is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

**SECOND CLAIM FOR RELIEF**

**(False Advertising Under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B))**

**61.** Charlotte's Web realleges and incorporates by reference paragraphs 1 through 60, inclusive, as if fully set forth here.

**62.** Balance CBD promotes its "CHARLOTTE'S WEB" CBD products as having the "CHARLOTTE'S WEB" terpene profile.

**63.** However, there is no single terpene profile associated with CHARLOTTE'S WEB brand CBD products. CHARLOTTE'S WEB products are and always have been derived from a variety of hemp strains, which have changed over the years.

**64.** On information and belief, the terpene profile of Balance CBD's "CHARLOTTE'S WEB" CBD products is not the same as the terpene profile of any active authentic CHARLOTTE'S WEB brand CBD product.

**65.** On information and belief, Balance CBD knew or should have known through the exercise of reasonable care that such statements are false and would mislead consumers into believing that Balance CBD's CBD products share the same terpene profile as genuine CHARLOTTE'S WEB brand CBD products.

**66.** Balance CBD's false and misleading representations, which remain on Balance CBD's website to this day, are material and likely to affect consumers' purchasing decisions because they concern the quality or characteristics of Balance CBD's competitive CBD products and, on information and belief, were made for the purpose of convincing prospective consumers to purchase Balance CBD's CBD products.

**67.** Balance CBD's statements challenged herein constitute "false or misleading description[s] of fact, or false or misleading representation[s] of fact, which . . . in commercial advertising or promotion, misrepresent[] the nature, characteristics, [and] . . . qualities" of Balance CBD's goods, and therefore constitute false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

**68.** Balance CBD's false and misleading advertising has caused, and is continuing to cause, Charlotte's Web significant injury and irreparable harm in the form of lost customers, damaged goodwill, and consumer deception. Accordingly, Charlotte's Web is entitled to an injunction against Balance CBD, as well as all other remedies available under the Lanham Act, including but not limited to, compensatory damages, disgorgement of profits, corrective advertising, and costs and attorneys' fees.

**THIRD CLAIM FOR RELIEF**

**(TRADEMARK INFRINGEMENT UNDER CAL. BUS. & PROF. CODE § 14245)**

**69.** Charlotte's Web realleges and incorporates by reference paragraphs 1 through 68, inclusive, as if fully set forth here.

**70.** Balance CBD's acts alleged herein infringe Charlotte's Web's exclusive trademark rights in the CHARLOTTE'S WEB mark registered in the State of California, in violation of Cal. Bus. & Prof. Code § 14245.

**71.** Balance CBD's knowing and willful use of the identical trademark CHARLOTTE'S WEB constitutes trademark infringement and counterfeiting under Cal. Bus. & Prof. Code § 14245.

**72.** Balance CBD's conduct has caused and will continue to cause injury to Charlotte's Web in the form of lost sales and diminution and loss of goodwill in the CHARLOTTE'S WEB trademark.

**73.** Defendant's acts as alleged above, if not enjoined, will continue. Charlotte's Web has no adequate remedy at law.

**74.** In view of the foregoing, Charlotte's Web is entitled to an injunction against Balance CBD, as well as all other remedies available under California State law, including but not limited to recovery three times the amount of its actual damages caused by Balance CBD's willful infringement.

**FOURTH CLAIM FOR RELIEF**

**(Violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

**75.** Charlotte's Web realleges and incorporates herein by reference every allegation contained in Paragraphs 1 through 74, inclusive, of this Complaint as though set forth fully herein.

**76.** Balance CBD has engaged in "unfair competition" within the meaning of California's Unfair Competition Laws, Cal. Bus. & Prof. Code §§ 17200 *et seq.* (the "UCL").

**77.** Balance CBD's conduct is "unlawful" within the meaning of the UCL because it violates 15 U.S.C. § 1125(a).

**78.** Balance CBD's conduct is "unfair" within the meaning of the UCL in that Balance CBD knowingly, intentionally, and in bad faith misrepresents that its CBD products incorporate authentic CHARLOTTE'S WEB brand CBD and share a terpene profile with genuine CHAROTTE'S WEB products.

**79.** Balance CBD's false and misleading representations, which remain on Balance CBD's website to this day, constitute "unfair, deceptive, untrue or misleading advertising" within the meaning of the UCL. Such misrepresentations are material and likely to affect consumers' purchasing decisions because they concern the quality or characteristics of Balance CBD's competitive CBD wellness products and, on information and belief, were made for the purpose of convincing prospective consumers to purchase Balance CBD's CBD wellness products.

**80.** As a result of Balance CBD's conduct, Charlotte's Web has suffered, and unless Balance CBD's conduct is enjoined, will continue to suffer, injury in fact and irreparable harm, to which Charlotte's Web has no remedy at law. Accordingly, Charlotte's Web is entitled to injunctive relief and corrective advertising.

## PRAYER FOR RELIEF

**WHEREFORE**, Charlotte's Web prays for judgment as follows:

**a)** For judgment in favor of Charlotte's Web on each of its claims for relief;

**b)** For injunctive relief; specifically, that Balance CBD and all of its officers, agents, servants, representatives, employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, and all other persons acting in concert with it be preliminarily and permanently enjoined from using the CHARLOTTE'S WEB trademark (including all variations such as "CHARLOTTE'S");

**c)** For an order to destroy any remaining inventory of infringing products as well as any and all advertising and promotional materials, displays, marketing materials, web pages and all other data or things relating to the CHARLOTTE'S WEB trademark (including all variations such as "CHARLOTTE'S") and/or containing the false advertising described herein, pursuant to 15 U.S.C. § 1118;

**d)** For compensatory damages;

**e)** For disgorgement of any proceeds obtained from Balance CBD's use of the CHARLOTTE'S WEB trademark (including all variations such as "CHARLOTTE'S");

**f)** For attorneys' fees;

**g)** For trebling of the disgorgement of profits and damages;

**h)** For corrective advertising;

**i)** For pre-judgment and post-judgment interest;

**j)** For costs of this suit; and

**k)** For such other relief as the court deems just and proper.

*     *     *

Dated: April 17, 2020

COOLEY LLP
BRENDAN J. HUGHES (*pro hac vice to be filed*)
JOHN PAUL OLEKSIUK (283396)
JUDD D. LAUTER (290945)

*/s/ John Paul Oleksiuk*

John Paul Oleksiuk (283396)
Attorneys for Plaintiff
*Charlotte's Web, Inc.*

**DEMAND FOR JURY TRIAL**

Plaintiff Charlotte's Web, Inc. hereby demands a trial by jury on every claim for relief alleged in this Complaint against Defendant AAXLL Supply Co LLC d/b/a Balance CBD.

Dated: April 17, 2020

Respectfully submitted,

COOLEY LLP
BRENDAN J. HUGHES (*pro hac vice to be filed*)
JOHN PAUL OLEKSIUK (283396)
JUDD D. LAUTER (290945)

By: */s/ John Paul Oleksiuk*
John Paul Oleksiuk (283396)

Attorneys for Plaintiff
Charlotte's Web, Inc.

224201468 v1